Bryan Anthony REO, Plaintiff–
Appellee

v.

Martin LINDSTEDT, Defendant–
Appellant

No. 15–3756

United States Court of Appeals,
Eighth Circuit.

Submitted: May 6, 2016

Filed: May 25, 2016

Bryan Anthony Reo, Pro Se.

Martin Lindstedt, Pro Se.

Before LOKEN, BYE, and KELLY,
Circuit Judges.

PER CURIAM.

Missouri resident Martin Lindstedt, the
defendant in the instant case, appeals the
district court's[1] dismissal of plaintiff
Bryan Reo's pro se action raising claims
under the Digital Millennium Copyright
Act (DMCA), 17 U.S.C. § 1201 et seq., and
state law. Having carefully reviewed the
record and Lindstedt's arguments on ap-
peal, we find no basis for reversal. Accord-
ingly, the judgment is affirmed. See 8th

Cir. R. 47B. We deny as moot Lindstedt's
appellate motions and requests for relief.

---

1. The Honorable Matt Jeffrey Whitworth,
United States Magistrate Judge for the West-
ern District of Missouri, to whom the case

was referred for final disposition by consent
of the parties pursuant to 28 U.S.C. § 636(c).